1    ISMAIL J. RAMSEY (CABN 189820)
     United States Attorney
2
     MARTHA BOERSCH (CABN 126569)
3    Chief, Criminal Division

4    MAYA KARWANDE (CABN 295554)
     Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
7         FAX: (415) 436-7234
          Maya.Karwande@usdoj.gov
8
     Attorneys for United States of America
9

10                          UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,            )   CASE NO.  3:24-mj-70463 MAG
                                          )
14             Plaintiff,                 )   NOTICE OF PROCEEDINGS ON OUT-OF-
                                          )   DISTRICT CRIMINAL CHARGES PURSUANT TO
15        v.                              )   RULES 5(c)(2) AND (3) OF THE FEDERAL
                                          )   RULES OF CRIMINAL PROCEDURE
16   FILIMONE TAVAKE,                     )
                                          )
17             Defendant.                 )
                                          )
18   ─────────────────────────────────────)

19        Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure

20   that on March 22, 2024, the above-named defendant was arrested pursuant to an arrest warrant (copy

21   attached) issued upon an

22        X      Indictment

23        □      Information

24        □      Criminal Complaint

25        □      Other (describe)

26   pending in the District of Hawaii, Case Number CR 24-00017-HG

27        In that case (copy of Indictment attached), the defendant is charged with the following crimes:

28        Count One: Carry, Use and Discharge of a Firearm During and In Relation to a Drug Trafficking

                                                                              v. 7/10/2018

Crime, Aiding and Abetting in violation of 18 U.S.C. §§ 924(c)(1)(A));

Count Two:  Causing the Death of a Person Through Use of a Firearm, Aiding and Abetting in violation of 18 U.S.C. §§  924(j)(1) and (2)

Count Three: Killing While Engaged in Offenses Punishable under Title 21, United States Code 841(b)(1)(A), Aiding and Abetting in violation of 21 U.S.C. §  848(e)(1)(A) and 18 U.S.C. $ 2

Count Four: Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine (21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A))

The maximum penalties are as follows:

Count 1- Carry, Use and Discharge of a Firearm During and In Relation to a Drug Trafficking Crime, aiding and abetting, 18 U.S.C. §§ 924 (c)(1)(A) and 2: Life imprisonment (minimum 10 years), Maximum of 5 years Supervised Release, Maximum $250,000 fine, Forfeiture, Restitution.

Count 2- Causing the Death of a Person Through Use of a Firearm, aiding and abetting, 18 U.S.C. §§ 924(j)(1) and 2- Life imprisonment or death (minimum life); Maximum 5 years supervised release, Maximum $250,000 fine, Forfeiture, Restitution.

Count 3- Killing While Engaged in Offenses Punishable under Title 21, United States Code 841(b)(1)(A), aiding and abetting, 21 U.S.C. § 848(e)(1)(A) and 18 U.S.C. § 2- Life imprisonment or death (minimum 20 years), 5 years supervised release, $2,000,000 fine, Forfeiture, Restitution

Count 4 - Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(viii) – Life imprisonment (minimum 10 years); 5 years supervised release, $10,000,000 fine, Forfeiture, Restitution

Respectfully Submitted,

ISMAIL J. RAMSEY
UNITED STATES ATTORNEY

Date: March 22, 2024

*/s/ Maya Karwande*
MAYA KARWANDE
Assistant United States Attorney