1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  MAYA KARWANDE (CABN 29554)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        Maya.Karwande@usdoj.gov
8
   Attorneys for United States of America
9
                       UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,            )  **CASE NO. 24-mj-70463-MAG**
                                           )
14 |         Plaintiff,                    )  **[PROPOSED] DETENTION ORDER (AS**
                                           )  **MODIFIED)**
15 |     v.                                )
                                           )
16 | FILIMONE TAVAKE,                      )
                                           )
17 |         Defendant.                    )
                                           )
18

19      On March 22, 2024, the defendant Filimone Tavake was arrested pursuant to an arrest warrant

20 issued upon an Indictment pending in the District of Hawaii (24-CR-00017-HG). Mr. Tavake is charged

21 with the following crimes: (1) Carry, Use and Discharge of a Firearm During and In Relation to a Drug

22 Trafficking Crime, Aiding and Abetting in violation of 18 U.S.C. §§ 924(c)(1)(A); (2) Causing the

23 Death of a Person Through Use of a Firearm, Aiding and Abetting in violation of 18 U.S.C. §§

24 924(j)(1) and (2); (3) Killing While Engaged in Offenses Punishable under Title 21, United States Code

25 841(b)(1)(A), Aiding and Abetting in violation of 21 U.S.C. § 848(e)(1)(A) and 18 U.S.C. § 2; (4)

26 Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine in violation of 21

27 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)).

28      This matter came before the Court on March 28, 2024, April 1, 2024, and April 4, 2024, for a

detention hearing. The defendant was present and represented by Assistant Federal Public Defenders Elizabeth Falk and Tamara Crepet. Assistant United States Attorney Maya Karwande appeared for the government. The government moved for detention, and the defendant opposed. At the hearings, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required and by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: Given the nature and circumstances of the charged offense, the defendant's prior conviction for a violent offense, and the proffered affiliation with a violent gang, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. In light of the Defendant's history of five bench warrants for failure to appear in Court, his Tongan citizenship and relationship with Tonga, which has included sending money and the expectation that he may inherit land there, and the severity of the sentence he is facing if convicted, the Court finds by a preponderance of the evidence that that no condition or combination of conditions will reasonably assure the appearance of the person. These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: 4/5/2024

HONORABLE ALEX G. TSE
United States Magistrate Judge